```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JAN 31 2014

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>BRITT RAYMOND GALLAND, an individual doing business as B.R.B.G. CONSTRUCTION,<br><br>        Defendant. | CASE NO. CV 99-11167 AHM (PLAx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br>[NO HEARING REQUIRED] |

    Judgment Debtor, BRITT RAYMOND GALLAND, an individual doing business as B.R.B.G. CONSTRUCTION (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on December 29, 1999 and subsequently renewed on February 22, 2006 ("JUDGMENT") and corrected (Nunc Pro Tunc) on August 17, 2006.

/ / /

/ / /

262291.1                              1

NOW, upon Application of Plaintiff/Judgment Creditor, AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a corporation, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively referred to as "TRUST FUNDS"), and upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to TRUST FUNDS.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the money JUDGMENT against DEBTOR be renewed in the amount of $38,920.52 as follows:

| | | | |
|---|---|---|---|
| a. | Total JUDGMENT | | $ 24,520.80 |
| b. | Costs after JUDGMENT | | $      0.00 |
| c. | Interest after JUDGMENT computed through January 22, 2014 at 5.85% accruing at $6.24 per day | | $ 14,399.72 |
| d. | Less Credits after JUDGMENT | | $      0.00 |
| e. | Total Renewed JUDGMENT | | $ 38,920.52 |

DATED: 1/31/2014      S/ Joseph Remigio, Deputy Clerk
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CALIFORNIA

262291.1                          2